UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN LOCK,

      Plaintiff,

v.                                                                    Case No.  6:12-cv-680-ORL-36TBS

CITY OF WEST MELBOURNE, FLORIDA;
STEPHANY ELEY, in her individual capacity;
MICHAEL HAZLETT, in his individual
capacity; and HAL ROSE, in his individual
capacity,

      Defendants.

_____/

<u>ORDER</u>

      Pending before the Court is Plaintiff's Unopposed Motion for a Four (4) Day Extension of Time to File Stipulated Statement of Undisputed Facts.  (Doc. 92.)  The motion is GRANTED, the parties shall have through July 19, 2013 within to file their stipulated statement of undisputed facts.

      IT IS SO ORDERED.

      DONE AND ORDERED in Orlando, Florida, on July 12, 2013.

THOMAS B. SMITH
United States Magistrate Judge

      Copies to all Counsel